IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16CV87

| | |
|---|---|
| JOSEPH BARRON, JR., and THOMASINA BARRON, | ) ) ) |
| Appellants, | ) ) |
| vs. | ) ) ORDER |
| ISSA IBRAHIM RAFIDI, | ) ) ) |
| Appellee. | ) ) |

This matter is before the Court upon the Appellee's Motion to Dismiss as well as a Memorandum from the bankruptcy court informing this Court that the Appellants have failed to pay their filing fee despite notice on March 4, 2016 giving them 10 days to tender payment.

It appears to the Court that this appeal should be dismissed not only because Appellants failed to pay their filing fee, but also because this appeal is frivolous. The Appellants' current adversary proceeding is clearly barred by the doctrines of res judicata and collateral estoppel.

IT IS THEREFORE ORDERED that Appellee's Motion to Dismiss is hereby GRANTED.

Signed: March 16, 2016

Graham C. Mullen
United States District Judge